**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| RE: ) | |
| ) | |
| **DAVID MARSHALL WHISNANT,** ) | |
| ) | **CHAPTER 7** |
| ) | |
| ) | **CASE NO.: 08-32900** |
| ) | |
|     Debtor. ) | |

_____

**ORDER APPROVING TRUSTEE'S MOTION TO APPROVE COMPROMISE**
_____

This matter having come before the Court upon the Trustee's Motion to Approve Compromise (the "Motion"); and, the entire case record as a whole; and

It appearing to the Court that after his appointment as the Chapter 7 Trustee, the Trustee commenced an investigation of the Debtor's financial activities and records to determine whether any individuals or entities received transfers under the Bankruptcy Code that were avoidable; that the Trustee concluded that the Debtor's transfer on or about December 7, 2007 of a gift of equity in the amount of $165,750.00 in connection

with the sale of certain real property located at 2415 Citadel Lane, Knoxville, TN 37922 to the Debtor's nephew, Kevin Rhea ("Rhea") and Rhea's wife, constituted a voidable transfer under the Bankruptcy Code; and, that after negotiations, Rhea agreed to remit to the Trustee Fifteen Thousand Dollars ($15,000.00) to settle the claim; and

It appearing to the Court that on November 21, 2009, the Trustee filed the Motion; that after proper notice, no objections were made to the Motion; and, that therefore, cause exists for granting the Motion.

It is, therefore, ordered that:

1. The Trustee's Motion to Approve Compromise is hereby approved.

2. The Fifteen Thousand Dollars ($15,000.00) presently being held in an escrow account by Rhea's attorney shall be remitted to the Trustee within ten (10) days from the entry of this Order.

# # #

APPROVED FOR ENTRY:


/s/ David H. Jones
David H. Jones, BPR #011840
Attorney for G. Wayne Walls, Trustee
P. O. Box 50034
Knoxville, Tennessee 37950
Phone:     (865) 566-0043
Fax:         (865) 566-0046

/s/ Patricia C. Foster by DHJ w/permission
Patricia C. Foster, BPR #012970
Attorney for United States Trustee
United States courthouse
800 Market Street, Suite 114
Knoxville, TN 37902

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have served a true and exact copy of the foregoing Motion addressed to all creditors and interested parties by US Mail and/or ECF, this 21st day of November, 2009.

/s/ David H. Jones
David H. Jones